United States District Court
Southern District of Texas
**ENTERED**
August 01, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| JOSEPH D. FLORES, § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 7:18-CV-140 |
| § | |
| COMPASS BANK, *et al*, § | |
| § | |
| Defendants. § | |

## ORDER OF DISMISSAL

Upon consideration of the Motions to Dismiss for Failure to State a Claim or, Alternatively, Motions for More Definite Statement filed by Defendants Substitute Trustee Selim H. Taherzadeh (Dkt. No. 7) and Compass Bank (Dkt. No. 9), which Motions are deemed unopposed due to Plaintiff's failure to respond to the Motions within the time periods prescribed by Local Rules 7.3 and 7.4 and by this Court (Dkt. No. 14), the Court hereby **ORDERS** that the Motions are **GRANTED** and Plaintiff's claims against Defendants are **DISMISSED** with prejudice.

SO ORDERED this 1st day of August, 2018, at McAllen, Texas.

_____
Randy Crane
United States District Judge